UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUCOPIOUS, LLC; JAMES E. DAVIS, an individual; ROY A. WALKER, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>SPG14, LLC; DEAN B. LARIMER; BARBARA E. ROBINSON, individually and as TRUSTEE TO THE BARBARA E. ROBINSON TRUST; and DOES 1-20, inclusive<br><br>Defendant. | Case No. 1:22-cv-01073-JLT-CDB<br><br>ORDER ON STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT |

On October 25, 2022, the parties filed a Stipulation and Proposed Order for Filing of First Amended Complaint. (ECF No.14).

Based on the stipulation of the parties, and good cause appearing, the Court ORDERS that Plaintiff is granted leave to file the First Amended Complaint, attached to the Stipulation as Exhibit A.

/ / /

/ / /

The Court FURTHER ORDERS that the First Amended Complaint be filed no later than October 31, 2022.

IT IS SO ORDERED.

Dated: __**October 26, 2022**__         _____
                                         UNITED STATES MAGISTRATE JUDGE