UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUCOPIOUS, LLC, JAMES E. DAVIS, and ROY A. WALKER,<br><br>　　　　　　　Plaintiffs/Counter-Defendants,<br><br>　v.<br><br>SPG14, LLC, DEAN B. LARIMER, THOMAS ROBINSON, BARBARA E. ROBINSON, individually and as TRUSTEE TO THE BARBARA E. ROBINSON TRUST, and DOES 1-20, inclusive,<br><br>　　　　　　　Defendants/Counter-Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, UNITED STATES BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR, and COUNTY OF KERN, CALIFORNIA,<br><br>　　　　　　　Defendants. | Case No. 1:22-cv-01073-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 51) |

Based on the parties' representations in the pending stipulation to continue the scheduling conference (Doc. 51), the availability of the Court, and for good cause appearing, the Court ORDERS that the Scheduling Conference set for December 14, 2023, be continued

to February 16, 2024, at 9:00 a.m. As previously directed (Doc. 4), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated: __December 5, 2023__            _/s/ illegible signature/_
                                       UNITED STATES MAGISTRATE JUDGE