UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUCOPIOUS, LLC, JAMES E. DAVIS, and ROY A. WALKER,<br><br>　　　　　Plaintiffs/Counter-Defendants,<br><br>　v.<br><br>SPG14, LLC, DEAN B. LARIMER, THOMAS ROBINSON, BARBARA E. ROBINSON, individually and as TRUSTEE TO THE BARBARA E. ROBINSON TRUST, and DOES 1-20, inclusive,<br><br>　　　　　Defendants/Counter-Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, UNITED STATES BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR, and COUNTY OF KERN, CALIFORNIA,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01073-JLT-CDB<br><br>**ORDER ON STIPULATION EXTENDING COUNTY OF KERN'S TIME FOR FILING RESPONSIVE PLEADING**<br><br>(Doc. 55) |

　　　Plaintiffs initiated this action on August 24, 2022. (Doc. 1). On October 23, 2023, Plaintiffs filed the operative Third Amended Complaint, which added the County of Kern, California, the United States of America, the United States Bureau of Land Management, and the Department of the Interior. (Doc. 40). On November 21, 2023, the parties extended the County of Kern's deadline to respond to the Third Amended Complaint to December 12, 2023, pursuant to Local Rule 144(a). (Doc. 50).

  Thereafter, on the terminal date for it to respond to the complaint (December 12, 2023), the parties filed a stipulated request to further extend the County of Kern's response deadline from December 12, 2023, to January 26, 2024.  (Doc. 55).

  In the Eastern District of California, requests for extensions in the time to make a required filing must be made "as soon as the need for the extension becomes apparent."  L.R. 144.  "Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." *Id.*  The Court disfavors granting relief *nunc pro tunc* and admonishes the parties to exercise better care and adherence to this Court's Local Rules in all future filings.

  For good cause shown, it is HEREBY ORDERED, Defendant County of Kern shall have until **January 26, 2024**, to respond to the Third Amended Complaint.

IT IS SO ORDERED.

Dated: **December 13, 2023**    _____
                   UNITED STATES MAGISTRATE JUDGE