UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUCOPIOUS, LLC, JAMES E. DAVIS, and ROY A. WALKER,<br><br>  Plaintiffs/Counter-Defendants,<br><br>       v.<br><br>SPG14, LLC, DEAN B. LARIMER, THOMAS ROBINSON, BARBARA E. ROBINSON, individually and as TRUSTEE TO THE BARBARA E. ROBINSON TRUST, and DOES 1-20, inclusive,<br><br>  Defendants/Counter-Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA, UNITED STATES BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR, and COUNTY OF KERN, CALIFORNIA,<br><br>  Defendants. | Case No. 1:22-cv-01073-JLT-CDB<br><br>**ORDER ON STIPULATION MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>(Doc. 61) |

On January 26, 2024, Defendant County of Kern, California filed a motion to dismiss Plaintiffs' third amended complaint. (Doc. 59).

Pending before the Court is the parties' stipulated request to reschedule the motion hearing date and modify the motion briefing schedule. (Doc. 61). The stipulated request is accompanied by a declaration from counsel for Plaintiffs who attests that good cause exists for the requested extension because he was instructed to curtail his workload by his physician and has

no other attorneys available in his firm who are sufficiently familiar with this case.  (Doc. 61).

For good cause shown, it is HEREBY ORDERED, Plaintiffs shall file an opposition or statement of non-opposition to the pending motion to dismiss by no later than **March 1, 2024**. Defendant County of Kern may file an optional reply by no later than **March 8, 2024**.  The hearing on the motion to dismiss shall be rescheduled for **March 20, 2024**, at 9:00 a.m., or at the convenience of the assigned district judge.

IT IS SO ORDERED.

Dated:   **February 20, 2024**  
UNITED STATES MAGISTRATE JUDGE

2