# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AUCOPIOUS, LLC , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:22–CV–01073–JLT–CDB** |
| **SPG14, LLC , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/12/2025 .**

ENTERED:  **May 12, 2025**          /s/ **Keith Holland**
                                                                Clerk of Court